

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00387-CR

ADONIS DEMETRI TISDELL A/K/A ADORNIS DEMETRI TISDELL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court No. 1475743D, Honorable Mollee Westfall, Presiding

November 30, 2017

## ORDER

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is the motion of appellant Adonis Demetri Tisdell, a/k/a Adornis Demetri Tisdell, requesting access to the sealed presentence investigation report, sealed by the trial court on September 19, 2017, for the purposes of this appeal. The sealed presentence investigation report was included in the reporter's record and filed under seal with this Court on November 20, 2017. We grant the motion.[1]

---

[1] This appeal was transferred from the Second Court of Appeals to our Court, under an order of the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013); TEX. R. APP. P. 41.3 (precedent of transferor court).

Accordingly, we order the sealed presentence investigation report to be made available to the attorneys of record for the purpose of preparing briefs and motions in this appeal. The Clerk of this Court shall make the sealed report available through the Attorney Portal (https://attorneyportal.txcourts.gov) in a format that is accessible only to the attorneys of record. Appellate counsel may review the contents of the sealed report, but may not print or copy the report. The parties and their counsel are ordered not to disclose or disseminate any information contained in the sealed report to any other person or entity. Should the parties address any arguments related to evidence contained in the sealed report, the parties are ordered to note on the cover page of their respective briefs the following: "BRIEF CONTAINS SEALED MATERIALS." The Clerk shall remove access to the sealed report from the Attorney Portal after submission of the appeal to the Court.

It is so ordered.

Per Curiam

Do not publish.